IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| In the Matter of the Complaint of Brawner Builders, Inc. as Owner Pro Hac Vice of the Bayliner 2352 Power Boat (Hull ID # BLWA15FBC000) for Exoneration from or Limitation of Liability | * * * * |
| | Civil Action No. |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE IS GIVEN that Brawner Builders, Inc. ("Brawner"), as owner pro hac vice of the Bayliner 2352 Power Boat (Hull ID # BLWA15FCB000) ("Vessel"), has filed a Verified Complaint pursuant to the statutes of the United States (46 U.S.C. §§ 30501-30512) respecting limitation of vessel owners' liability, and also contesting its liability, independent of the limitation of liability claimed under said Acts, for any and all damages resulting from an occurrence relating to the Vessel in September 2011, as more fully described in said Verified Complaint.

All persons having such claims must file them, under oath, as provided in Supplemental Rule F for Certain Admiralty and Maritime Claims, with the Clerk of this Court, at the United States Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201, and must serve copies upon the attorneys for Plaintiff on or before the 30th day of April, 2012, or be defaulted. Personal attendance is not required.

Any claimant desiring to controvert the allegations of Plaintiff must file an Answer to said Verified Complaint, as required by Supplemental Rule F for Certain Admiralty and

Maritime Claims, and serve on Plaintiff's attorneys copies thereof on or before the 30th day of April, 2012.

_____
United States Marshal, District of Maryland

B1198800.DOC