UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

In the Matter of the Complaint of
Brawner Builders, Inc.
as Owner Pro Hac Vice of the
Bayliner 2352 Power Boat                     Civil Action No: 1:12-cv-00538-WMN
(Hull ID#BLWA15FBC000)
for Exoneration from or Limitation
of Liability.
_____/

**CLAIM OF DINO J. KALANDRAS**

NOW COMES Claimant, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Petitioner as follows:

1. Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance and cure.

2. At all times material to issues herein Claimant served as an employee of Petitioner serving as a crew member aboard its vessel, with all acts and/or omissions giving rise to this action occurring in the course of Claimant's employment in the service of his ship.

3. On or about September 14, 2011, Claimant was in the course of employment aboard Petitioner's vessel in a chronic state of disrepair when it became necessary for him to handle a certain engine cover which was unsafe, unseaworthy, improperly equipped and otherwise unsuitable for handling individually when as a result of said failure to provide a safe place to work and seaworthy vessel he was injured with Petitioner thereafter breaching its obligation to pay maintenance and cure in a wilful, wanton, arbitrary and callous manner entitling Claimant damages

1

for aggravation of underlying condition and punitive damages and attorney fees because of the recklessness of it all.

    4.    Whereafter, after exoneration and/or limitation is denied, Claimant demands trial by jury for ascertainment of the following damages.

    a.    Pain and suffering, past future;

    b.    Mortification, humiliation, fright shock and embarrassment;

    c.    Loss of earnings and earning capacity;

    d.    Hospital, pharmaceutical and other cure expenses;

    e.    Aggravation of prior condition, if any there be;

    f.    Inability to engage in social, recreational, and other pursuits previously enjoyed;

    g.    Mental anguish;

    h.    Found;

    i.    Maintenance, cure, attorney fees and/or punitive damages.

WHEREFORE, Claimant demands trial by jury and judgment against Petitioner, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

          O'BRYAN BAUN KARAMANIAN

          /s/ Dennis M. O'Bryan
          _____
          DENNIS M. O'BRYAN
          Attorney for Claimant Kalandras
          40l S. Old Woodward, Suite 450
          Birmingham, MI  48009
          (248) 258-6262
          (248) 258-6047 - fax
          dob@obryanlaw.net

Dated:   March 14, 2012

## CERTIFICATE OF SERVICE

_____The undersigned does hereby certify that on the 14th day of March, 2012  the foregoing was filed using the Court's ECF Filing System and will be served on counsel of record via the Court's ECF System.

          /s/ Dennis M. O'Bryan
          _____
          DENNIS M. O'BRYAN