UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

In the Matter of the Complaint of
Brawner Builders, Inc.
as Owner Pro Hac Vice of the
Bayliner 2352 Power Boat            Civil Action No: 1:12-cv-00538-WMN
(Hull ID#BLWA15FBC000)
for Exoneration from or Limitation
of Liability.
_____/

## ANSWER TO VERIFIED COMPLAINT

NOW COMES Claimant, Dino J. Kalandras, responding to the Verified Complaint as follows:

1. Admitted as true.

2. Neither admitted nor denied because of lack of information sufficient upon which to base a belief as to the truth of the averment.

3. Neither admitted nor denied because of lack of information sufficient upon which to base a belief as to the truth of the averment.

4. Admitted.

5. Neither admitted nor denied because of lack of information sufficient upon which to base a belief as to the truth of the averment.

6. Neither admitted nor denied because of lack of information sufficient upon which to base a belief as to the truth of the averment.

7. Neither admitted nor denied because of lack of information sufficient upon which to

base a belief as to the truth of the averment.

    8.       Denied as false.

    9.       Neither admitted nor denied because of lack of information sufficient upon which to base a belief as to the truth of the averment.

    10.      No response required.

    11.      Neither admitted nor denied because of lack of information sufficient upon which to base a belief as to the truth of the averment.

WHEREFORE Claimant prays that Petitioner's Claim for Exoneration and Limitation be denied.

Claimant further asserts the following AFFIRMATIVE DEFENSES:

    1.       The Limitation of Liability Act is not applicable to the instant case because, at all times relevant, the vessel was known by its owner and/or owner *pro hac vice* to be unseaworthy or was unseaworthy at the beginning of the voyage.

    2.       Other than in connection with the proceeding for determination of Complainant's right to exoneration from or limitation of liability, if any, this Honorable Court lacks subject matter jurisdiction over Claimants.  Claimants appear herein solely for the limited purpose of the admiralty proceeding for determination of Petitioner's right to exoneration from or limitation of liability.

                O'BRYAN BAUN KARAMANIAN

                /s/ Dennis M. O'Bryan

                _____
                DENNIS M. O'BRYAN
                Attorney for Claimant Kalandras
                401 S. Old Woodward, Ste. 450
                Birmingham, MI 48009
                (248) 258-6262
                (248) 258-6047
DATED:  March 14, 2012      dob@obryanlaw.net

## CERTIFICATE OF SERVICE

_____The undersigned does hereby certify that on the 14th day of March, 2012 the foregoing was filed using the Court's ECF Filing System and will be served on counsel of record via the Court's ECF System.

                /s/ Dennis M. O'Bryan

                _____
                DENNIS M. O'BRYAN